**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**TARRENCE KONARD ASH,**

      **Petitioner,**

  vs.             9:08-cv-980

**SUPERINTENDENT,**

      **Respondent.**
_____

**APPEARANCES:**        **OF COUNSEL:**

Tarrence Konard Ash
91-A-3368
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929
Petitioner, *pro se*

Hon. Andrew M. Cuomo      Thomas B. Litsky
Attorney General of the State of New York  Assistant Attorney General
120 Broadway
New York, NY 10271
Attorney for Respondent

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

  The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 28th day of April 2010. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

  ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Petition is denied and dismissed.  Petitioner has failed to make a substantial showing of a denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2); accordingly, no certificate of appealability shall issue.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  May 25, 2010
         Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge